# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Starrett, Keith | **2. Court or Organization**<br><br>U.S. District Court for the Southern Division of Mississippi | **3. Date of Report**<br><br>07/24/2019 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge (active) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>**to**<br>12/31/2018 |
| **7. Chambers or Office Address**<br><br>701 N. Main Street<br>Hattiesburg, MS 39401 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President and Director | M-J-K, Inc. |
| 2. | Trustee | Trust #1 |
| 3. | Member | PCFF LLC |
| 4. | Member | United Farms, LLC |
| 5. | Member | Progress Timberlands LLC |
| 6. | Member | Showstar, LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/31/2004 | Mississippi State Employees Pension Fund; Remainder of pension payments |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 07/24/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Center for Court Innovations | 10/08/2018 - 10/10/2018 | New York, NY | Forum/Panel Discussion | Meals, travel, and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Starrett, Keith** | 07/24/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. First South Ag Credit | Real Estate Loans (2) | N |
| 2. First Bank | Real Estate Loan | N |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Starrett, Keith** | 07/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Trust #1 (H) | | | | | | | | | |
| 2. ABALX Mutual Fund | C | Dividend | L | T | | | | | |
| 3. Timberland Copiah Co., MS | D | Dividend | O | T | | | | | |
| 4. Timberland Attala Co., MS | | None | N | T | | | | | |
| 5. Pike County National Bank Common Stock | A | Dividend | J | T | | | | | |
| 6. IRA #1 (H) | | | | | | | | | |
| 7. Enterprise Products LP (EPD) | A | Dividend | J | T | | | | | |
| 8. Hospitality Prop TR REIT (HPT) | A | Dividend | K | T | Buy | 02/05/18 | J | | |
| 9. | | | | | Buy<br>(add'l) | 02/06/18 | J | | |
| 10. | | | | | Buy<br>(add'l) | 10/05/18 | J | | |
| 11. Nustar Energy LP (NS) | A | Dividend | J | T | Buy | 09/12/18 | J | | |
| 12. | | | | | Sold | 10/03/18 | J | A | |
| 13. | | | | | Buy | 11/01/18 | J | | |
| 14. | | | | | Buy<br>(add'l) | 12/17/18 | J | | |
| 15. IRA # 2 (H) | | | | | | | | | |
| 16. Schwab Cash Reserves (SWSXX) | A | Interest | K | T | | | | | |
| 17. Micron Technology Bonds (595112AY9) | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Starrett, Keith** | 07/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  AK Steel Bond (001546AP5) | B | Interest | K | T | Buy<br>(add'l) | 03/05/18 | J | | |
| 19.  Echo Global Logis (27875TAA9) | | None | J | T | Buy | 09/06/18 | J | | |
| 20.  RPM International (749685AT0) | A | Interest | | | Buy | 02/12/18 | K | | |
| 21. | | | | | Sold | 11/13/18 | K | | |
| 22.  Verint Systems (92343XAA8) | A | Interest | J | T | Buy | 09/06/18 | J | | |
| 23.  Dycom Industries (267475AB7) | | None | J | T | Buy | 11/02/18 | J | | |
| 24.  Golar Lng Limit (38046YAB7) | | None | K | T | Buy | 10/18/18 | J | | |
| 25. | | | | | Buy<br>(add'l) | 11/02/18 | J | | |
| 26.  Allegheny Tech (01741RAG7) | A | Interest | K | T | | | | | |
| 27.  Finisar Corp (31787AAM3) | A | Interest | | | Sold | 10/15/18 | K | | |
| 28.  Nuance Communication Inc (67020YAG5) | A | Interest | K | T | | | | | |
| 29.  RTI International Metals Bond<br>(74973WAB3) | A | Interest | | | Sold<br>(part) | 11/02/18 | K | | |
| 30. | | | | | Sold | 11/05/18 | K | | |
| 31.  Royal Gold, Inc. Bond (780287AA6) | A | Interest | K | T | | | | | |
| 32.  Abbvie Inc (ABBV) | A | Dividend | K | T | | | | | |
| 33.  Acadia Healthcare Co (ACHC) | | None | J | T | | | | | |
| 34.  Achillion Pharmaceuticals (ACHN) | | None | | | Sold | 01/03/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Starrett, Keith** | 07/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Aercap Holdings NV (AER) | | None | J | T | | | | | |
| 36. Affimed NV (AFMD) | | None | J | T | Buy | 08/30/18 | J | | |
| 37. Aircastle Limited (AYR) | A | Dividend | J | T | | | | | |
| 38. Air Canada Inc (ACDVF) | | None | J | T | Sold<br>(part) | 04/02/18 | J | | |
| 39. | | | | | Sold<br>(part) | 04/11/18 | J | | |
| 40. AK Steel Holding Co (AKS) | | None | J | T | Buy<br>(add'l) | 03/07/18 | J | | |
| 41. Allogene Therapeutics (ALLO) | | None | J | T | Buy | 11/12/18 | J | | |
| 42. | | | | | Buy<br>(add'l) | 12/14/18 | J | | |
| 43. Amazon.com (AMZN) | | None | | | Sold | 01/19/18 | M | | |
| 44. American Airlines (AAL) | A | Dividend | K | T | Buy<br>(add'l) | 12/26/18 | J | | |
| 45. American Axle & MFG (AXL) | | None | J | T | Sold<br>(part) | 07/27/18 | J | | |
| 46. Amgen, Inc. (AMGN) | A | Dividend | K | T | | | | | |
| 47. Apple Inc. (AAPL) | A | Dividend | | | Sold | 08/09/18 | L | | |
| 48. Bankcorpsouth Bank (BXS) | A | Dividend | J | T | Buy | 03/26/18 | J | | |
| 49. Bank OZK (OZK) (formerly Bank of the Ozarks (OZRK)) | A | Dividend | J | T | Buy | 01/25/18 | J | | |
| 50. | | | | | Buy<br>(add'l) | 03/26/18 | J | | |
| 51. Cal Maine Foods Inc (CALM) | A | Dividend | J | T | Buy | 08/10/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Starrett, Keith** | 07/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Cloudera Inc (CLDR) | | None | J | T | Buy | 09/14/18 | J | | |
| 53. | | | | | Sold | 10/04/18 | J | | |
| 54. | | | | | Buy | 11/09/18 | J | | |
| 55. Compugen Ltd. (CGEN) | | None | K | T | Buy (add'l) | 03/16/18 | J | | |
| 56. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 57. Corning, Inc. (GLW) | A | Dividend | K | T | | | | | |
| 58. Delta Airlines (DAL) | B | Dividend | K | T | | | | | |
| 59. Dowdupont Inc (DWDP) | A | Dividend | K | T | | | | | |
| 60. Evogene Ltd New ORD F Israel Shares | | None | J | T | | | | | |
| 61. Ford Motor Company (F) | B | Dividend | K | T | Buy (add'l) | 04/11/18 | J | | |
| 62. General Motors (GM) | B | Dividend | K | T | Buy (add'l) | 10/30/18 | J | | |
| 63. Hawaiian Holdings (HA) | A | Dividend | K | T | Buy | 02/06/18 | K | | |
| 64. | | | | | Buy (add'l) | 03/27/18 | J | | |
| 65. IMPINJ Inc (PI) | | None | K | T | Buy (add'l) | 01/04/18 | J | | |
| 66. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 67. Intel Corp (INTC) | B | Dividend | K | T | Sold (part) | 03/16/18 | J | | |
| 68. Mellanox Techs LTD (MLNX) | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Starrett, Keith** | 07/24/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Micron Technology (MU) | B | Dividend | K | T | | | | | |
| 70. Newmont Mining (NEM) | A | Dividend | K | T | | | | | |
| 71. Nissan Motor Co LTD (NSANY) | A | Dividend | | | Sold | 10/30/18 | J | | |
| 72. Proctor & Gamble (PG) | B | Dividend | K | T | | | | | |
| 73. Qualcomm (QCOM) | C | Dividend | L | T | | | | | |
| 74. Quicklogic Corp (QUIK) | | None | | | Buy | 01/18/18 | J | | |
| 75. | | | | | Sold | 11/30/18 | J | | |
| 76. Southwest Airlines (LUV) | | None | J | T | Buy | 10/25/18 | J | | |
| 77. Spirit Airlines (SAVE) | | None | J | T | | | | | |
| 78. Steel Dynamics Inc (STLD) | A | Dividend | K | T | | | | | |
| 79. Tower Semiconductor (TSEM) | | None | K | T | Buy<br>(add'l) | 03/16/18 | J | | |
| 80. Tyme Technologies Inc (TYME) | | None | J | T | Buy | 01/03/18 | J | | |
| 81. | | | | | Buy<br>(add'l) | 11/26/18 | J | | |
| 82. | | | | | Buy<br>(add'l) | 11/30/18 | J | | |
| 83. United Contl Hldgs (formerly UAL Corp) (UAL) | | None | M | T | Sold<br>(part) | 10/03/18 | J | | |
| 84. U.S. Steel (X) | A | Dividend | K | T | Sold<br>(part) | 01/16/18 | K | | |
| 85. | | | | | Buy<br>(add'l) | 03/02/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 07/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Verizon Communications (VZ) | B | Dividend | K | T | Buy (add'l) | 10/03/18 | J | | |
| 87. Wal-Mart Stores (WMT) | A | Dividend | K | T | Buy | 02/07/18 | K | | |
| 88. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 89. Direxion Daily Gold Miners (NUGT) | A | Dividend | K | T | Buy (add'l) | 10/23/18 | J | | |
| 90. Global Silver Mines, ETF (SIL) | A | Dividend | J | T | | | | | |
| 91. Hospitality Properties Trust (HPT) | B | Dividend | K | T | | | | | |
| 92. IShares MSCI Brazil (EWZ) | A | Dividend | J | T | | | | | |
| 93. Vaneck Vectors Gold Miners ETF (GDX) | A | Dividend | J | T | | | | | |
| 94. Brokerage #2 (H) | | | | | | | | | |
| 95. Georgia Govt Bonds CUSIP 373271AA3 | B | Interest | K | T | | | | | |
| 96. LA Local Govt. Envior. Facilities Comm Dev QSIP#546282-AH-7 | A | Interest | J | T | | | | | |
| 97. Louisiana Public Facilities Bond CUSIP 546395D84 | A | Interest | J | T | | | | | |
| 98. Lowndes Co. Miss Solid Waste Disp. Pollution (54877EAA4) | B | Interest | K | T | | | | | |
| 99. MS Bus Fin Corp Gulf Opp Zone South MS Elec SIP#60528B-AP-7 | A | Interest | J | T | | | | | |
| 100. MS Developement Bank (60534REA3) | A | Interest | K | T | | | | | |
| 101. Miss. Development Bank Special Obligation Bond (60534Q6F3) | A | Interest | | | Redeemed | 08/01/18 | J | | |
| 102. MS Dev Bank Spec Oblg CUSIP#605343TT9 (Bond) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 07/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  MS DEV BK SPL OBG (60534Q5W7) | A | Interest | | | Redeemed | 04/01/18 | K | | |
| 104.  Miss. Hospital Equip. Bonds CUSIP 60535PAW2 (Bond) | A | Interest | J | T | | | | | |
| 105.  Parkway East Public Improvement Bond (701555AL8) | A | Interest | K | T | | | | | |
| 106.  Puerto Rico Commonwealth Intra Financing (Bond) CUSIP 745146HE0 | | None | J | T | | | | | |
| 107.  PR Sales Tax Fin Corp (74529JLK9) | | None | J | T | | | | | |
| 108.  PR Comwlth IFA Tax (745220EZ2) | | None | J | T | | | | | |
| 109.  Tarrant County, Texas (87638TEN9) | A | Interest | J | T | | | | | |
| 110.  Tarrant CN TX CLT Hlth Syst (87638TEQ2) | B | Interest | K | T | | | | | |
| 111.  Virginia Tobacco Settlement (88880NAU3) | A | Interest | J | T | | | | | |
| 112.  Warren Co, MS Gulf Opp. Zone Int. Pap. CUSIP #935031AA2 (Bond) | B | Interest | | | Redeemed | 09/20/18 | K | C | |
| 113.  Wood County W VA Bond CUSIP97835PAA9 | A | Interest | J | T | | | | | |
| 114.  AK Steel Holding (AKS) | | None | J | T | | | | | |
| 115.  Great Plains Energy (GXP) | | None | | | Merged<br>(with line 116) | 06/05/18 | J | A | |
| 116.  Evergy Inc (EVRG) | A | Dividend | J | T | | | | | |
| 117.  Hancock John Financial Bank Shares (BTO) | A | Dividend | K | T | | | | | |
| 118.  Enterprise Products LP (EDP) | B | Dividend | K | T | | | | | |
| 119.  Hospitality Properties Trust (HPT) | B | Dividend | K | T | Buy | 02/27/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 07/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 03/05/18 | J | | |
| 121. | | | | | Buy<br>(add'l) | 12/24/18 | J | | |
| 122. Williams Partners LP (WPZ) | | None | | | Merged<br>(with line 123) | 08/13/18 | L | E | |
| 123. Williams Companies (WMB) | A | Dividend | K | T | Buy<br>(add'l) | 12/24/18 | J | | |
| 124. Micron Technology Bond (595112AY9) | | None | K | T | | | | | |
| 125. AK Steel Bond (001546AP5) | A | Interest | J | T | | | | | |
| 126. Compugen Ltd. (CGEN) | | None | J | T | | | | | |
| 127. Dowdupont Inc (DWDP) | A | Dividend | J | T | | | | | |
| 128. Enable Midstream PR LP (ENBL) | A | Dividend | K | T | Buy<br>(add'l) | 03/13/18 | J | | |
| 129. | | | | | Buy<br>(add'l) | 12/17/18 | J | | |
| 130. | | | | | Buy<br>(add'l) | 12/26/18 | J | | |
| 131. Intel Corp (INTC) | A | Dividend | K | T | | | | | |
| 132. Mellanox Tech LTD (MLNX) | | None | K | T | | | | | |
| 133. Micron Technology (MU) | A | Dividend | J | T | | | | | |
| 134. Nustar Energy LP (NS) | B | Dividend | K | T | Buy<br>(add'l) | 03/08/18 | J | | |
| 135. | | | | | Sold<br>(part) | 05/18/18 | J | | |
| 136. | | | | | Buy<br>(add'l) | 06/29/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Starrett, Keith** | 07/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Buy<br>(add'l) | 08/13/18 | J | | |
| 138. | | | | | Buy<br>(add'l) | 09/11/18 | J | | |
| 139. | | | | | Sold<br>(part) | 10/01/18 | J | | |
| 140. | | | | | Buy<br>(add'l) | 12/17/18 | J | | |
| 141.  Proctor & Gamble (PG) | A | Dividend | J | T | | | | | |
| 142.  Qualcomm Inc (QCOM) | B | Dividend | K | T | | | | | |
| 143.  Spirit Airlines (SAVE) | | None | J | T | | | | | |
| 144.  United Continental Holdings (UAL) | | None | | | Sold | 03/16/18 | J | B | |
| 145.  Vaneck Vectors Gold Miners ETF (GDX) | A | Dividend | J | T | | | | | |
| 146.  Vaneck Vectors JR Gold (GDXJ) | A | Dividend | J | T | | | | | |
| 147.  Misc. Holdings (H) | | | | | | | | | |
| 148.  Rental Property No. 1; Pike Co., MS | F | Rent | O | W | | | | | |
| 149.  Rental Property No. 2; Pike Co., MS | F | Rent | O | W | | | | | |
| 150.  Rental Property No. 3; Pike Co., MS | E | Rent | N | W | | | | | |
| 151.  Rental Property No. 4; Pike Co., MS | D | Rent | M | W | Buy | 02/13/18 | M | | Mike Easley |
| 152.  Rental Property #5; Forrest County, MS<br>(held by Showstar LLC) | A | Rent | N | W | Buy | 11/30/18 | N | | H.A. Moore |
| 153.  Mineral Rts; Pike Co.,MS | E | Royalty | L | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 07/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Oakhurst Associates LP (realt estate) | | None | J | W | | | | | |
| 155. Pike County National Bank | A | Dividend | | | Sold | 01/12/18 | J | C | |
| 156. First SW Corp. Common Stock | G | Dividend | P1 | T | Sold (part) | 02/25/18 | L | | |
| 157. Timberland Walthall Co., MS; Two Tracts | C | Rent | P1 | W | | | | | |
| 158. Timberland Pike Co., MS | | None | M | W | | | | | |
| 159. Timberland Pike Co., MS 7 Tracts | E | Rent | P1 | W | | | | | |
| 160. United Farms LLC, St. Francis Co., Arkansas (farming) | C | Rent | M | W | | | | | |
| 161. Timberland Covington County, Mississippi | B | Rent | P1 | W | | | | | |
| 162. Mineral Rights, Amite Co., MS | D | Rent | K | W | | | | | |
| 163. Mineral Rights Franklin Co., MS | | None | J | W | | | | | |
| 164. Mineral Rights, Walthall Co., MS | | None | J | W | | | | | |
| 165. Mineral Rights, Lincoln Co., MS | | None | J | W | | | | | |
| 166. Mineral Rights, Copiah Co., MS | | None | J | W | | | | | |
| 167. Mineral Rights, Marion Co., MS | | None | J | W | | | | | |
| 168. Mineral Rights, Covington Co, MS | | None | J | W | | | | | |
| 169. Note and Mortgage Receivable (Charles P. Magee) | E | Interest | N | T | | | | | |
| 170. Progress Timberlands LLC, Lamar Co., MS. (Timberland) | E | Distribution | P1 | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 14 of 16

**Name of Person Reporting**

**Starrett, Keith**

**Date of Report**

07/24/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. Mineral Rights Perry, Forrest, and Stone Counties (single deed) | | None | K | W | | | | | |
| 172. PCFF LLC (farming) | | None | K | W | | | | | |
| 173. Life Insurance Company of the Southwest Universal Life Policy | A | Int./Div. | N | T | | | | | |
| 174. Guardian Whole Life 100 Insurance Policy | B | Int./Div. | L | T | | | | | |
| 175. Guardian Whole Life Insurance Policy | D | Int./Div. | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Starrett, Keith** | 07/24/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, lines 1: This holding company contains no reportable assets.

Part I, line 3: Passive 10% farming interest; no control over assets or operations .

Part I, line 4: Passive 20% farming interest; no control over assets or operations.

Part I, line 5: Passive 33.3% timber interest; no control over assets or operations.

Part VII, lines 7, 107, 108: These items are reportable in 2018; there are not corresponding reportable transactions.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, lines 70 & 181 of the 2017 report became unreportable without corresponding reportable transactions.

The ticker symbol for U.S. Steel is "(X)."

| Name of Person Reporting | Date of Report |
|---|---|
| **Starrett, Keith** | 07/24/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Keith Starrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544